IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

VICKIE E. LEA                                                                                        PLAINTIFF

v.                                    CASE NO. 4:20-CV-01235-BSM

CLINTON D. McGUE                                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE